UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>           )<br>   Plaintiff   )<br>           )<br>           )<br>vs.        )<br>           )<br>GROSS       )<br>           )<br>   Defendant(s)   )<br>_____) | CRIMINAL NO. 08MJ 2549<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Martin Vazquez - Alvarez

DATED: 9/2/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _R.B._____
              Deputy Clerk